IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA                                                          PLAINTIFF

VS.                                                                CASE NO.: 4:19-CR-57-GHD-JMV-1

MARCUS WARREN                                                                     DEFENDANT

## ORDER GRANTING MOTION TO REVOKE PRETRIAL RELEASE

The defendant, Marcus Warren, having appeared this day before the undersigned for a bond revocation hearing, and having considered the testimony from several witnesses, and it appearing to the court that there is sufficient evidence to prove that the defendant does not have fixed place of residence that complies with his conditions of pretrial supervision; therefore, the Motion to Revoke Pretrial Release is hereby **granted**. It is therefore

**ORDERED:**

That the defendant's bond be revoked and that the defendant be detained pending trial in this matter. Defendant is hereby remanded to the United States Marshal Service.

**THIS,** the 30th day of April 2019.

                                               s/ Jane M. Virden
                                           **UNITED STATES MAGISTRATE JUDGE**